## People of the State of Illinois ex rel. John S. Rusch, Appellee, v. Frank B. Bilek et al. Appeal of Irving Leibold, Appellant.

### Gen. No. 41,365.

opinion filed January 22, 1941.  Simon Herr and Mayer Goldberg, for appellant; Thomas J. Courtney, State's Attorney, for appellee; John F. Cashen, Jr., of counsel.  Opinion by JUSTICE BURKE.  "Not to be published in full."